**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                          CASE NO. 8:00-CR-346-T-17

ANTOINE JACKSON
_____/

## ORDER

       This cause comes before the Court on the defendant's motion to allow correspondence with co-defendant Erskine Cross (Docket No. 211). The defendant wants the Court to order the Bureau of Prisons to let the co-defendants correspond on alleged legal matters. The Court has no authority to direct the Bureau of Prisons to allow the correspondence. Accordingly, it is.

       **ORDERED** that defendant's motion (Docket No. 212) be **denied**.

       **DONE AND ORDERED** in Chambers in Tampa, Florida this 8th day of September, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record